NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIALWARE COMMUNICATIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**HASBRO, INC.,**
*Defendant-Appellee*

---

2017-1952

---

Appeal from the United States District Court for the Central District of California in No. 2:16-cv-09012-R-PLA, Judge Manuel L. Real.

---

**JUDGMENT**

---

CHARLES COLLINS-CHASE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by SCOTT A. ALLEN.

JOSHUA C. KRUMHOLZ, Holland & Knight, LLP, Boston, MA, argued for defendant-appellee. Also represented by JACOB W.S. SCHNEIDER, WILLIAM E. STERLING.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 6, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court